IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| FP AUGUSTA II, LLC, and FREEDOM'S PATH LIMITED PARTNERSHIP, | * * * * |
| Plaintiffs, | * * |
| v. | *     CV 119-048 |
| | * |
| CORE CONSTRUCTION SERVICES, LLC, | * * * |
| Defendant. | * |

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

The Court finds this case is ready for trial. The Parties have informed the Court they will participate in a June 6, 2022 mediation in Atlanta, Georgia. Therefore, the Parties **SHALL** file a joint status report updating the Court about the result of their mediation **BY THE CLOSE OF BUSINESS ON WEDNESDAY, JUNE 8, 2022.** However, in preparation for trial in the event mediation is unsuccessful, the Court **ORDERS** lead counsel for the Parties to meet and confer, in person, and prepare and file with the Clerk of this Court one consolidated proposed pretrial order. The proposed pretrial order shall be filed **BY THE CLOSE OF BUSINESS ON THURSDAY, SEPTEMBER 29, 2022.** Plaintiff's counsel has the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Orders - Judges Hall, Bowen & Moore." A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions. The Court will reject any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order must include a paragraph stating the date, location, and duration of the meeting and the names of all counsel or parties participating. Unconsolidated proposed pretrial orders will not be accepted without the Court's written permission. If any party is unrepresented by counsel, such party must comply with this Order in the same manner as counsel.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY THE CLOSE OF BUSINESS ON THURSDAY, OCTOBER 13, 2022.** Responses thereto must be submitted **BY THE CLOSE OF BUSINESS ON THURSDAY, OCTOBER 27, 2022.** The Clerk has scheduled the pretrial conference for **THURSDAY, NOVEMBER 17, 2022 AT 10:00 A.M.**, and trial is scheduled to begin **TUESDAY, NOVEMBER 29, 2022 AT 9:00 A.M.**, all to be held in the Second Floor Courtroom of the United States District Court located at 600 James Brown Boulevard, Augusta, Georgia 30901. The Court notes the Parties have requested a bench trial. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct

amendment of the proposed pretrial order.  The Parties **MUST** provide to the Court all trial exhibits (in digital format) and an exhibit list at the pretrial conference.  Lead counsel for each Party **MUST** attend.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA