## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N W
Atlanta, Georgia 30303

David J Smith
Clerk of Court

June 06, 2022

For rules and forms visit
www.ca11.uscourts.gov

Richard B. North Jr.
Nelson Mullins Riley & Scarborough, LLP
201 17TH ST NW STE 1700
ATLANTA, GA 30363-1017

Beverly A. Pohl
Nelson Mullins Riley & Scarborough, LLP
ONE FINANCIAL PLZ
100 SE 3RD AVE STE 2700
FORT LAUDERDALE, FL 33394

L. Bruce Stout
L. Bruce Stout, Attorney at Law
7130 CEDAR KNOLL DR
GAINESVILLE, GA 30506

Michael K. Wilson
Nelson Mullins Riley & Scarborough, LLP
390 N ORANGE AVE STE 1400
ORLANDO, FL 32801

Appeal Number: 22-10868-F
Case Style: FP Augusta II, LLC, et al v. CORE Construction Services, LLC
District Court Docket No: 1:19-cv-00048-JRH-BKE

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-10868-F

_____

FP AUGUSTA II, LLC,
FREEDOM'S PATH LIMITED PARTNERSHIP,

                              Plaintiff -Counter Defendants- Appellees,

versus

CORE CONSTRUCTION SERVICES, LLC,

                              Defendant-Counter Claimant-Appellant

--------------------------
On Appeal from the United States District Court for the
Southern District of Georgia
--------------------------

Before: NEWSOM, BRANCH, and BRASHER, Circuit Judges.

"Appellees' Motion to Transfer Consideration of Attorney's Fees to the District Court" is GRANTED. Consideration of whether Appellees are entitled to appellate attorney's fees and the amount of appellate attorney's fees to which Appellees are entitled, if any, is TRANSFERRED to the district court. *See* 11th Cir. R. 39-2(d).