IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FP AUGUSTA II, LLC, and FREEDOM'S PATH LIMITED PARTNERSHIP, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 119-048 |
| CORE CONSTRUCTION SERVICES, LLC, | * * * * | |
| Defendant. | * * | |

O R D E R

Presently before the Court is the parties' joint notice of settlement and joint motion to stay deadlines. (Doc. 162.) The parties represent that they have reached a settlement as to all Plaintiffs' claims and request a limited stay of the Court's deadline to facilitate its execution. (Id.) Accordingly, the Court **GRANTS** the parties' motion and **STAYS** this case until **FRIDAY, SEPTEMBER 30, 2022**. The parties **SHALL** file a status report detailing their progress by that date in the event the agreement is not finalized.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of September, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA